UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22MC201

IN RE: REQUEST FOR JUDICIAL )
ASSISTANCE FROM THE FIRST INSTANCE )
COURT IN LABOR MATTERS NO. 5 IN )
BUENOS AIRES, ARGENTINA IN *ARIEL* ) **ORDER**
*FERNANDO FAVOLE v. MRV* )
*COMMUNICATIONS AMERICA INC. S.A.*, *ET. AL.*)
REF. NO. 635/2021 )

WHEREAS, the United States, by its counsel, on behalf of the First Instance Court in Labor Matters No. 5 in Buenos Aires, Argentina, in *Ariel Fernando Favole v. MRV Communications America, S.A., et al.,* Foreign Reference Number 635/2021, through its Application pursuant to 28 U.S.C. § 1782, (Doc. No. 1), is seeking to obtain certain information from Wells Fargo, for use in connection with a judicial proceeding in the First Instance Court in Labor Matters No. 5 in Buenos Aires, Argentina; and

WHEREAS upon review of the Letter of Request issued by the First Instance Court in Labor Matters No. 5 in Buenos Aires, Argentina, in *Ariel Fernando Favole v. MRV Communications America, S.A., et al.,* Foreign Reference Number 635/2021, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises.

**NOW THEREFORE, it is ORDERED AND ADJUDGED**, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Caroline B. McLean, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank for transmission to the Office of International

1

Judicial Assistance, United States Department of Justice, for transmission to the First Instance Court in Labor Matters No. 5 in Buenos Aires, Argentina, in *Ariel Fernando Favole v. MRV Communications America, S.A., et al.,* Foreign Reference Number 635/2021, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

**IT IS FURTHER ORDERED** that the United States Attorney's Office shall provide Wells Fargo in Charlotte, NC with a copy of this Order and the accompanying documents.

The Application Pursuant to 28 U.S.C. § 1782 (Doc. No. 1) is therefore **GRANTED**.

Signed: December 13, 2022

Max O. Cogburn Jr
United States District Judge